IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CLIFFORD YOUNG,

        Petitioner,

   v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 09-206-HU

ORDER

    C. Renee Manes
    Assistant Federal Public Defender
    101 S.W. Main Street, Suite 1700
    Portland, Oregon 97204

        Attorney for Petitioner

    John R. Kroger
    Attorney General
    Jonathan W. Diehl
    Assistant Attorney General
    Department of Justice
    1162 Court Street N.E.
    Salem, Oregon, 97301-4096

        Attorneys for Respondent

1 - ORDER

MARSH, Judge.

Magistrate Judge Dennis J. Hubel filed his Amended Findings and Recommendation on August 6, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has filed timely objections. I have, therefore, given the file of this case a *de novo* review. I find no error. Accordingly, I ADOPT the Amended Findings and Recommendation #22 of Magistrate Judge Hubel. Petitioner's petition for writ of habeas corpus (#1) is DENIED, and this proceeding is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this  16   day of September, 2010

                                          /s/   Malcolm F. Marsh
                                         Malcolm F. Marsh
                                         United States District Judge